DAVID CLARK AND THE CLARK MANUFACTURING COMPANY
ET AL. V. CROMPTON & KNOWLES LOOM WORKS ET AL.

(Filed 1 April, 1909.)

For digest see *Clark, Eugenia Mfg. Co. et al. v. Saco-Pettee Machine Co. et al., ante,* 372.

THIS is a proceeding brought under section 1199 of the Revisal for the dissolution and settlement of a corporation, the Clark Manufacturing Company, doing business in Jonesboro, N. C., formerly in Moore, but now in Lee, County.

The cause is now pending in the Superior Court of Lee County. His Honor, *Judge Long,* made a decree, at chambers in Richmond County, to which defendants excepted and appealed.

*Womack & Pace* and *Aycock & Winston* for plaintiffs.
*A. A. F. Seawell* and *K. R. Hoyle* for defendants.

PER CURIAM: The matters presented upon this appeal are the same as are involved in the case of *David Clark, The Eugenia Manufacturing Company et al. v. Saco-Pettee Machine Company et al.*

The assignments of error are covered by and disposed of in the opinion of *Justice Brown,* delivered for the Court in that case, *ante,* 372.

Affirmed.